Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2539
Fax: (702) 669-4650
Email: jgwent@hollandhart.com
       srgambee@hollandhart.com

*Attorneys For Plaintiff*
*Talmer Bank and Trust*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TALMER BANK AND TRUST, a Michigan state-chartered bank,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY BANK OF NEVADA, a Nevada state-chartered bank,<br><br>Defendant. | Case No. 2:16-cv-01290-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES ON MOTION FOR SUMMARY JUDGMENT AND COUNTERMOTION**<br><br>(Second Request) |

## STIPULATION

Plaintiff TALMER BANK AND TRUST ("Talmer"), by and through its counsel of the law firm of Holland & Hart, LLP, and Defendant VALLEY BANK OF NEVADA ("Valley"), by and through its counsel of the law firm Sylvester & Polednak, LTD, respectfully submit the following Stipulation and Order to Extend Briefing Deadlines on Motion for Summary Judgment as follows:

1. Talmer filed and served its Motion for Summary Judgment (ECF No. 16) on April 13, 2017.

2. On May 1, 2017, Talmer and Valley filed their Stipulation to Extend Briefing Schedule on Motion for Summary Judgment (ECF No. 18), extending the deadline for Valley's Opposition to May 18, 2017 and the deadline for Talmer's Reply to June 1, 2017.

Page **1** of **2**

9874128_1

3. On May 2, 2017, the Court entered its Order Granting Stipulation to Extend Briefing Deadlines on Motion for Summary Judgment (ECF No. 19).

4. On May 18, 2017, Valley filed and served its Opposition to Talmer's Motion for Summary Judgment (ECF No. 20). Also on May 18, 2017, Valley filed and served its Counter-Motion for Summary Judgment (ECF No. 21).

5. The deadline for Talmer to file and serve its Opposition to Valley's Counter-Motion for Summary Judgment (ECF No. 21) shall remain June 8, 2017 pursuant to LR 7-2(b).

6. The new deadline for Talmer to file and serve its Reply in support of its Motion for Summary Judgment (ECF No. 16) shall be June 8, 2017 (prior deadline was June 1, 2017).

7. The deadline for Valley to file and serve its Reply in support of its Counter-Motion for Summary Judgment (ECF No. 21) shall remain June 22, 2017 pursuant to LR 7-2(b).

IT IS SO STIPULATED.

DATED May 23, 2017.

HOLLAND & HART LLP

/s/ Sydney R. Gambee, Esq.

Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Email: jgwent@hollandhart.com

*Attorneys For Plaintiff*
*Talmer Bank and Trust*

DATED May 23, 2017.

SYLVESTER & POLEDNAK, LTD.

/s/ Matthew T. Kneeland, Esq.

Matthew T. Kneeland, Esq.
Nevada Bar No. 11829
1731 Village Center Circle
Las Vegas, NV 89134
Email: matthew@sylvesterpolednak.com

*Attorneys for Defendant*
*Valley Bank of Nevada*

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: 5/23/2017

9874128_1