Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2539
Fax: (702) 669-4650
Email: jgwent@hollandhart.com
       srgambee@hollandhart.com

*Attorneys For Plaintiff
Talmer Bank and Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TALMER BANK AND TRUST, a Michigan state-chartered bank,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY BANK OF NEVADA, a Nevada state-chartered bank,<br><br>Defendant. | Case No. 2:16-cv-01290-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES ON MOTION FOR SUMMARY JUDGMENT AND COUNTERMOTION**<br><br>**(Third Request)** |

**STIPULATION**

Plaintiff TALMER BANK AND TRUST ("Talmer"), by and through its counsel of the law firm of Holland & Hart, LLP, and Defendant VALLEY BANK OF NEVADA ("Valley"), by and through its counsel of the law firm Sylvester & Polednak, LTD, respectfully submit the following Stipulation and Order to Extend Briefing Deadlines on Motion for Summary Judgment and Countermotion as follows:

1. The new deadline for Talmer to file and serve its Opposition to Valley's Counter-Motion for Summary Judgment (ECF No. 21) shall be June 22, 2017 (prior deadline was June 8, 2017).

2. The new deadline for Talmer to file and serve its Reply in support of its Motion for Summary Judgment (ECF No. 16) shall be June 22, 2017 (prior deadline was June 8, 2017).

3. The new deadline for Valley to file and serve its Reply in support of its Counter-Motion for Summary Judgment (ECF No. 21) shall be July 6, 2017 (prior deadline was June 22, 2017).

4. This Stipulation is submitted in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

DATED June 8, 2017.

HOLLAND & HART LLP

*/s/ Sydney R. Gambee, Esq.*

Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Email: jgwent@hollandhart.com

*Attorneys For Plaintiff
Talmer Bank and Trust*

DATED June 8, 2017.

SYLVESTER & POLEDNAK, LTD.

*/s/ Matthew T. Kneeland, Esq.*

Matthew T. Kneeland, Esq.
Nevada Bar No. 11829
1731 Village Center Circle
Las Vegas, NV 89134
Email: matthew@sylvesterpolednak.com

*Attorneys for Defendant
Valley Bank of Nevada*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: 6/9/2017

9911114_1