SYLVESTER & POLEDNAK, LTD.
MATTHEW T. KNEELAND, ESQ.
Nevada Bar No.11829
1731 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 952-5200
Fax: (702) 952-5205
Email: matthew@sylvesterpolednak.com
*Attorneys for Defendant Valley Bank of Nevada*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| TALMER BANK AND TRUST, a Michigan state-chartered bank,<br><br>Plaintiff,<br>v.<br><br>VALLEY BANK OF NEVADA, a Nevada state-chartered bank,<br><br>Defendant. | Case No. 2:16-cv-01290-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES ON MOTION FOR SUMMARY JUDGMENT**<br><br>(Fourth Request) |
|---|---|

Plaintiff TALMER BANK AND TRUST ("Plaintiff"), by and through its attorneys of record, the law firm of Holland & Hart, LLP and Defendant, VALLEY BANK OF NEVADA ("Defendant"), by and through its attorneys of record, the law firm of Sylvester & Polednak, Ltd.,respectfully submit the following Stipulation and Order to Extend Briefing Deadlines on Motion for Summary Judgment as follows:

1. The new deadline for Defendant to file and serve its Reply to Counter-Motion for Summary Judgment [ECF No. 21] shall be July 20, 2017 (prior date was July 6, 2017).

2. This Stipulation is submitted in good faith and not for the purpose of delay.

/ / /

Dated: July 6, 2017

_____
UNITED STATES DISTRICT JUDGE

/ / /

IT IS SO STIPULATED.

DATED this 6th day of July, 2017

**HOLLAND & HART LLP**

By /s/ Joseph G. Went
    Joseph G. Went, Esq.
    Holland & Hart LLP
    9555 Hillwood Drive, 2nd Flr
    Las Vegas, NV 89134
    Email: jgwent@hollandhart.com
    *Attorneys for Plaintiff*
    *Talmer Bank and Trust*

DATED this 6th day of July, 2017.

**SYLVESTER & POLEDNAK, LTD.**

By /s/ Mattthew T. Kneeland
    Matthew T. Kneeland, Esq.
    1731 Village Center Circle
    Las Vegas, Nevada 89134
    Email:
    matthew@sylvesterpolednak.com
    *Attorneys for Defendant Valley Bank*
    *of Nevada*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____