SYLVESTER & POLEDNAK, LTD.
MATTHEW T. KNEELAND, ESQ.
Nevada Bar No.11829
1731 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 952-5200
Fax: (702) 952-5205
Email: matthew@sylvesterpolednak.com
*Attorneys for Defendant Valley Bank of Nevada*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TALMER BANK AND TRUST, a Michigan state-chartered bank,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY BANK OF NEVADA, a Nevada state-chartered bank,<br><br>Defendant. | Case No. 2:16-cv-01290-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES ON MOTION FOR SUMMARY JUDGMENT**<br><br>(Fifth Request) |

Plaintiff TALMER BANK AND TRUST ("Plaintiff"), by and through its attorneys of record, the law firm of Holland & Hart, LLP and Defendant, VALLEY BANK OF NEVADA ("Defendant"), by and through its attorneys of record, the law firm of Sylvester & Polednak, Ltd., respectfully submit the following Stipulation and Order to Extend Briefing Deadlines on Motion for Summary Judgment as follows:

1. The new deadline for Defendant to file and serve its Reply in Support of its Counter-Motion for Summary Judgment [ECF No. 21] shall be July 25, 2017 (prior date was July 20, 2017).

2. This Stipulation is submitted in good faith and not for the purpose of delay.

**ORDER**

IT IS SO ORDERED.

Dated: July 24, 2017.

_____
UNITED STATES DISTRICT JUDGE

IT IS SO STIPULATED.

DATED this 24th day of July, 2017      DATED this 24th day of July, 2017.

**HOLLAND & HART LLP**      **SYLVESTER & POLEDNAK, LTD.**

By  */s/ Sydney R. Gambee, Esq.*      By  */s/ Mattthew T. Kneeland*
    Sydney R. Gambee, Esq.      Matthew T. Kneeland, Esq.
    Holland & Hart LLP      1731 Village Center Circle
    9555 Hillwood Drive, 2nd Flr      Las Vegas, Nevada 89134
    Las Vegas, NV 89134      Email:
    Email: jgwent@hollandhart.com      matthew@sylvesterpolednak.com
    *Attorneys for Plaintiff*      *Attorneys for Defendant Valley Bank*
    *Talmer Bank and Trust*      *of Nevada*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____