Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2539
Fax: (702) 669-4650
Email: jgwent@hollandhart.com
　　　　srgambee@hollandhart.com

*Attorneys For Plaintiff
Talmer Bank and Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TALMER BANK AND TRUST, a Michigan state-chartered bank,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VALLEY BANK OF NEVADA, a Nevada state-chartered bank,<br><br>　　　　　Defendant. | Case No. 2:16-cv-01290-APG-CWH<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## **STIPULATION**

Plaintiff TALMER BANK AND TRUST and Defendant VALLEY BANK OF NEVADA hereby stipulate and agree that this action shall be dismissed with prejudice. Each party shall bear its own attorney's fees and costs of suit.

DATED December 15, 2017.

HOLLAND & HART LLP

 /s/ Sydney R. Gambee, Esq.
_____
Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Email: jgwent@hollandhart.com

*Attorneys For Plaintiff*
*Talmer Bank and Trust*

DATED December 15, 2017.

SYLVESTER & POLEDNAK, LTD.

 /s/ Matthew T. Kneeland, Esq.
_____
Matthew T. Kneeland, Esq.
Nevada Bar No. 11829
1731 Village Center Circle
Las Vegas, NV 89134
Email: matthew@sylvesterpolednak.com

*Attorneys for Defendant*
*Valley Bank of Nevada*

## **ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 12/18/2017